United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
John Thomas Moore, Jr  
    Debtor

Case No. 23-10084-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 4  
Date Rcvd: Nov 08, 2023      Form ID: 155      Total Noticed: 55

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 10, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | John Thomas Moore, Jr, 1549 66th Ave, Philadelphia, PA 19126-2766 |
| 14750239 | + | Freedom Mortgage Corporation, c/o Matthew K. Fissel, Esquire, Brock and Scott, PLLC, 8757 Red Oak Blvd. Suite 150, Charlotte, NC 28217-3977 |
| 14747886 | + | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14747888 | | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14747889 | + | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |
| 14747893 | | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14759255 | + | Wells Fargo Bank, N.A., PO Box 14487, Des Moines IA 50306-3487 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14747868 | | Email/Text: Atlanticus@ebn.phinsolutions.com | Nov 09 2023 00:16:00 | Aspire Credit Card, Attn: Bankruptcy, PO Box 105555, Atlanta, GA 30348-5555 |
| 14747872 | | Email/Text: megan.harper@phila.gov | Nov 09 2023 00:17:00 | City of Philadelphia Law Department, Municipal Services Building, 1401 John F Kennedy Blvd 5th Floor, Philadelphia, PA 19102-1640 |
| 14771629 | | Email/Text: megan.harper@phila.gov | Nov 09 2023 00:17:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14747874 | | Email/Text: cfcbackoffice@contfinco.com | Nov 09 2023 00:16:00 | Continental Finance Co, 4550 Linden Hill Rd , Ste 4, Wilmington, DE 19808-2952 |
| 14747869 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 09 2023 01:11:35 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14747870 | | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 09 2023 00:42:54 | Capital One Auto Finance, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14749121 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 09 2023 00:19:59 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14749880 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 09 2023 00:20:37 | Capital One Auto Finance, a division of Capital On, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14757352 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 09 2023 00:42:31 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14757207 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 09 2023 00:42:21 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14757571 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 09 2023 00:19:58 | Capital One N.A. by American InfoSource as agent, PO Box 71083, Charlotte NC 28272-1083 |

Case 23-10084-amc   Doc 49   Filed 11/10/23   Entered 11/11/23 00:33:19   Desc Imaged
Certificate of Notice   Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 08, 2023 | Form ID: 155 | Total Noticed: 55 |

| Recipient # | Notice Method | Date/Time | Recipient |
|---|---|---|---|
| 14747871 | Email/Text: bankruptcy@philapark.org | Nov 09 2023 00:17:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14747873 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 09 2023 00:16:00 | Comenitycapital/bjsclb, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14747875 | + Email/Text: bankruptcy_notifications@ccsusa.com | Nov 09 2023 00:17:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 14747876 | + Email/PDF: creditonebknotifications@resurgent.com | Nov 09 2023 00:19:58 | Credit One Bank, Attn: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 14751188 | Email/Text: mrdiscen@discover.com | Nov 09 2023 00:16:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14747877 | + Email/Text: mrdiscen@discover.com | Nov 09 2023 00:16:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 14764740 | + Email/Text: Bankruptcy@Freedommortgage.com | Nov 09 2023 00:16:00 | Freedom Mortgage Corporation, Attn: Bankruptcy Department, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 14747878 | + Email/Text: Bankruptcy@Freedommortgage.com | Nov 09 2023 00:16:00 | Freedom Mortgage Corporation, Attn: Bankruptcy, 907 Pleasant Valley Ave, Ste 3, Mt Laurel, NJ 08054-1210 |
| 14750419 | + Email/Text: EBN@brockandscott.com | Nov 09 2023 00:16:00 | Freedom Mortgage Corporation, c/o Brock and Scott, PLLC, 8757 Red Oak Blvd., Suite 150, Charlotte, NC 28217-3977 |
| 14750240 | + Email/Text: Bankruptcy@Freedommortgage.com | Nov 09 2023 00:16:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 14747880 | + Email/Text: GenesisFS@ebn.phinsolutions.com | Nov 09 2023 00:17:00 | Genesis FS Card Services, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 14747879 | + Email/Text: GenesisFS@ebn.phinsolutions.com | Nov 09 2023 00:17:00 | Genesis Financial, Genesis FS Card Services, PO Box 4477, Beaverton, OR 97076-4401 |
| 14788465 | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 09 2023 00:16:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7317, Philadelphia, PA 19101-7317 |
| 14765515 | Email/PDF: resurgentbknotifications@resurgent.com | Nov 09 2023 00:20:15 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14756691 | Email/PDF: resurgentbknotifications@resurgent.com | Nov 09 2023 00:20:15 | LVNV Funding, LLC c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14750562 | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 09 2023 00:20:19 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14747883 | Email/Text: ml-ebn@missionlane.com | Nov 09 2023 00:16:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 14747882 | + Email/Text: Mercury@ebn.phinsolutions.com | Nov 09 2023 00:16:00 | Mercury/FBT, Attn: Bankruptcy, PO Box 84064, Columbus, GA 31908-4064 |
| 14747884 | Email/Text: cedwards@ncsplus.com | Nov 09 2023 00:16:00 | NCSPlus Incorporated, 117 E 24th St Fl 5, New York, NY 10010-2937 |
| 14747885 | Email/PDF: cbp@omf.com | Nov 09 2023 00:42:44 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 14764609 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 09 2023 00:20:15 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14747887 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 09 2023 00:17:00 | Pennsylvania Department of Revenue, Bankruptcy Division, Po Box 280946, Harrisburg, PA 17128-0946 |
| 14747890 | + Email/Text: bankruptcy@philapark.org | Nov 09 2023 00:17:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1540 |

District/off: 0313-2 | User: admin | Page 3 of 4
Date Rcvd: Nov 08, 2023 | Form ID: 155 | Total Noticed: 55

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14765925 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 09 2023 00:20:41 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14758048 | | Email/Text: bnc-quantum@quantum3group.com | Nov 09 2023 00:17:00 | Quantum3 Group LLC, PO Box 2489, Kirkland, WA 98083-2489 |
| 14757747 | | Email/Text: bnc-quantum@quantum3group.com | Nov 09 2023 00:17:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14765175 | | Email/Text: bnc-quantum@quantum3group.com | Nov 09 2023 00:17:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14765174 | | Email/Text: bnc-quantum@quantum3group.com | Nov 09 2023 00:17:00 | Quantum3 Group LLC as agent for, Mercury Financial/First Bank & Trust, PO Box 788, Kirkland, WA 98083-0788 |
| 14748251 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 09 2023 00:19:58 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14748096 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 09 2023 00:42:19 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14747891 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 09 2023 00:20:46 | Synchrony Bank/Sams, Attn: Bnakruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14763974 | + | Email/Text: bncmail@w-legal.com | Nov 09 2023 00:17:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14764287 | | Email/Text: bncmail@w-legal.com | Nov 09 2023 00:17:00 | TD Bank USA, N.A., C/O Weinstein and Riley, PS, PO BOX 3978, SEATTLE, WA 98124-3978 |
| 14747892 | + | Email/Text: bncmail@w-legal.com | Nov 09 2023 00:16:00 | Target Nb, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 14747894 | ^ | MEBN | Nov 09 2023 00:06:23 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 14759116 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 09 2023 00:42:06 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14747895 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 09 2023 00:20:15 | Wells Fargo/Furniture Marketing Group, Attn: Bankruptcy, PO Box 10438 MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 48

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14749122 | *+ | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14749882 | *+ | Capital One Auto Finance, a division of Capital On, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14750421 | *+ | Freedom Mortgage Corporation, c/o Brock and Scott, PLLC, 8757 Red Oak Blvd., Suite 150, Charlotte, NC 28217-3977 |
| 14750420 | *+ | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 14747881 | * | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2023    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 8, 2023 at the address(es) listed below:

**Name** | **Email Address**

MATTHEW K. FISSEL
   on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  matthew.fissel@brockandscott.com

MICHAEL A. CIBIK
   on behalf of Debtor John Thomas Moore  Jr mail@cibiklaw.com, cibiklawpc@jubileebk.net;ecf@casedriver.com;cibiklaw@recap.email

REGINA COHEN
   on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. rcohen@lavin-law.com, mmalone@lavin-law.com

SCOTT F. WATERMAN [Chapter 13]
   ECFMail@ReadingCh13.com

STEPHEN R. STARKS
   on behalf of Creditor Freedom Mortgage Corporation ryan.starks@brockandscott.com  wbecf@brockandscott.com

United States Trustee
   USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: John Thomas Moore, Jr
    Debtor(s)

Chapter: 13

Bankruptcy No: 23−10084−amc

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this November 8, 2023 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

    Ashely M. Chan
    Judge, United States Bankruptcy Court

47
Form 155