# EXHIBIT A

| Debtor Name: | Moore, John |
|---|---|
| BK Case Number: | 23-10084 |
| Filing Date: | 01/12/23 |
| Post First Due: | 02/01/23 |

| | | | | Completed Date: | 11/16/2023 |
|---|---|---|---|---|---|
| Post-Petition Due | Date Received | Amount Received | Amount Applied | Suspense Application | Suspense Balance |
| 02/01/23 | 1/27/2023 | $ 1,350.00 | $ 1,157.82 | $ 192.18 | $ 192.18 |
| 03/01/23 | 3/14/2023 | $ 1,157.82 | $ 1,157.82 | $ - | $ 192.18 |
| 04/01/23 | 5/8/2023 | $ 1,157.82 | $ 1,157.82 | $ - | $ 192.18 |
| 05/01/23 | 6/7/2023 | $ 1,157.82 | $ 1,157.82 | $ - | $ 192.18 |
| 06/01/23 | 8/7/2023 | $ 2,309.00 | $ 1,157.82 | $ 1,151.18 | $ 1,343.36 |
| 07/01/23 | | | $ 1,157.82 | $ (1,157.82) | $ 185.54 |
| 08/01/23 | 9/15/2023 | $ 1,154.00 | $ 1,157.82 | $ (3.82) | $ 181.72 |
| 09/01/23 | 11/15/2023 | $ 1,154.00 | $ 1,157.82 | $ (3.82) | $ 177.90 |
| | | | | $ - | $ 177.90 |
| | | | | $ - | $ 177.90 |
| | | | | $ - | $ 177.90 |
| | | | | $ - | $ 177.90 |
| | | | | $ - | $ 177.90 |
| | | | | $ - | $ 177.90 |
| | | | | $ - | $ 177.90 |
| | | | | $ - | $ 177.90 |
| | | | | $ - | $ 177.90 |
| | | | | $ - | $ 177.90 |
| | | | | $ - | $ 177.90 |
| | | | | $ - | $ 177.90 |
| | | | | $ - | $ 177.90 |
| | | | | $ - | $ 177.90 |
| | | | | $ - | $ 177.90 |
| | | | | $ - | $ 177.90 |
| | | | | $ - | $ 177.90 |
| | | | | $ - | $ 177.90 |
| | | | | $ - | $ 177.90 |
| | | | | $ - | $ 177.90 |
| | | | | $ - | $ 177.90 |
| | | | | $ - | $ 177.90 |
| | | | | $ - | $ 177.90 |
| | | | | $ - | $ 177.90 |
| | | | | $ - | $ 177.90 |
| | | | | $ - | $ 177.90 |
| | | | | $ - | $ 177.90 |
| | | | | $ - | $ 177.90 |
| | | | | $ - | $ 177.90 |
| | | | | $ - | $ 177.90 |
| | | | | $ - | $ 177.90 |
| | | | | $ - | $ 177.90 |
| | | | | $ - | $ 177.90 |
| | | | | $ - | $ 177.90 |
| | | | | $ - | $ 177.90 |
| | | | | $ - | $ 177.90 |
| | | | | $ - | $ 177.90 |
| | | | | $ - | $ 177.90 |
| | | | | $ - | $ 177.90 |
| | | | | $ - | $ 177.90 |
| | | | | $ - | $ 177.90 |
| | | | | $ - | $ 177.90 |
| | | | | $ - | $ 177.90 |