**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)**

| | |
|---|---|
| IN RE:<br>JOHN THOMAS MOORE, JR<br>    Debtor | Case No. 23-10084-amc |
| Freedom Mortgage Corporation,<br>    Movant | Chapter 13 |
| vs.<br>JOHN THOMAS MOORE, JR<br>    Respondent | 11 U.S.C. §362 |

**ORDER**

    **AND NOW**, this  11th  day of  January , 2024, it is hereby **ORDERED** that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court.

_____
Honorable Ashely M. Chan
United States Bankruptcy Judge