| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 23-10084-AMC**

John Thomas Moore, Jr
1549 66th Ave
Philadelphia  PA   19126-2766

Petition Filed Date: 01/12/2023
341 Hearing Date: 02/17/2023
Confirmation Date: 11/08/2023

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/07/2023 | $551.00 | 28876072713 | 08/25/2023 | $551.00 | 29029606031 | 10/05/2023 | $551.00 | 28876094741 |
| 10/31/2023 | $551.00 | 29104905925 | 12/13/2023 | $551.00 | 29104922654 | 01/09/2024 | $551.00 | 29201590967 |
| 02/02/2024 | $551.00 | 29201583227 | 03/05/2024 | $600.00 | 29201596740 | 04/01/2024 | $600.00 | 29201563438 |
| 05/20/2024 | $600.00 | 29211702030 | | | | | | |

**Total Receipts for the Period: $5,657.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $7,457.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CIBIK LAW, PC | Attorney Fees | $4,282.00 | $4,282.00 | $0.00 |
| 1 | MERRICK BANK »» 001 | Unsecured Creditors | $1,521.91 | $0.00 | $1,521.91 |
| 2 | DISCOVER BANK »» 002 | Unsecured Creditors | $2,340.76 | $0.00 | $2,340.76 |
| 3 | LVNV FUNDING LLC »» 003 | Unsecured Creditors | $836.11 | $0.00 | $836.11 |
| 4 | CAPITAL ONE BANK (USA) NA »» 004 | Unsecured Creditors | $2,319.78 | $0.00 | $2,319.78 |
| 5 | CAPITAL ONE AUTO FINANCE »» 005 | Secured Creditors | $7,643.52 | $44.27 | $7,599.25 |
| 6 | QUANTUM3 GROUP LLC »» 006 | Unsecured Creditors | $259.43 | $0.00 | $259.43 |
| 7 | WELLS FARGO »» 07S | Secured Creditors | $635.63 | $0.00 | $635.63 |
| 8 | WELLS FARGO »» 07U | Unsecured Creditors | $159.10 | $0.00 | $159.10 |
| 9 | ONE MAIN FINANCIAL GROUP LLC »» 08S | Secured Creditors | $5,973.42 | $34.60 | $5,938.82 |
| 10 | ONE MAIN FINANCIAL GROUP LLC »» 08U | Unsecured Creditors | $3,878.54 | $0.00 | $3,878.54 |
| 12 | TD BANK USA NA »» 010 | Unsecured Creditors | $352.44 | $0.00 | $352.44 |
| 11 | UNITED STATES TREASURY (IRS) »» 009 | Priority Crediors | $2,340.78 | $2,340.78 | $0.00 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES »» 011 | Unsecured Creditors | $1,492.10 | $0.00 | $1,492.10 |
| 14 | FREEDOM MORTGAGE CORPORATION »» 012 | Mortgage Arrears | $5,904.56 | $34.20 | $5,870.36 |

| | | | | | |
|---|---|---|---|---|---|
| 15 | QUANTUM3 GROUP LLC »» 013 | Unsecured Creditors | $2,581.95 | $0.00 | $2,581.95 |
| 16 | QUANTUM3 GROUP LLC »» 014 | Unsecured Creditors | $1,589.79 | $0.00 | $1,589.79 |
| 17 | LVNV FUNDING LLC »» 015 | Unsecured Creditors | $1,140.87 | $0.00 | $1,140.87 |
| 18 | PINNACLE CREDIT SERVICES LLC »» 016 | Unsecured Creditors | $411.04 | $0.00 | $411.04 |
| 19 | LVNV FUNDING LLC »» 017 | Unsecured Creditors | $1,148.77 | $0.00 | $1,148.77 |
| 20 | LVNV FUNDING LLC »» 018 | Unsecured Creditors | $1,033.68 | $0.00 | $1,033.68 |
| 21 | LVNV FUNDING LLC »» 019 | Unsecured Creditors | $467.15 | $0.00 | $467.15 |
| 22 | CITY OF PHILADELPHIA (LD) »» 020 | Secured Creditors | $222.98 | $0.00 | $222.98 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $7,457.00 | Current Monthly Payment: | $551.00 |
| Paid to Claims: | $6,735.85 | Arrearages: | $906.00 |
| Paid to Trustee: | $716.18 | Total Plan Base: | $30,007.00 |
| Funds on Hand: | $4.97 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.