# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| John Thomas Moore, | Case No. 23-10084-AMC |
| | Chapter 13 |
| *Debtor*. | Related to ECF No. 59 |

## Debtor's Objection to Certification of Default

Debtor John Thomas Moore, through his attorney, hereby objects to the certification of default filed by Freedom Mortgage Corporation at ECF No. 59 and asks to be heard by the Court before the entry of a final order.

Date: August 28, 2024

CIBIK LAW, P.C.
*Attorney for Debtor*

By: _____
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
help@cibiklaw.com