*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: John Thomas Moore, Jr
    Debtor(s)

Case No: 23−10084−amc
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Objection to Certification of Default filed by Creditor Freedom Mortgage Corporation

    on: 9/18/24

    at: 10:00 AM

    in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 8/29/24

Timothy B. McGrath
Clerk of Court

61 − 60
Form 167