# United States Bankruptcy Court
# Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-10084-AMC |
| John Thomas Moore, Jr., | Chapter 13 |
| Debtor. | |

### Order Granting Debtor's Motion to Modify Chapter 13 Plan

**AND NOW**, upon consideration of the Debtor's Motion to Modify Chapter 13 Plan filed as ECF No. 72 (the "Motion"), and after notice and hearing, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.
2. The modified plan filed as ECF No. 71 is **APPROVED**.

Date: _____

                                           Honorable Ashely M. Chan
                                           Chief U.S. Bankruptcy Judge