# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re:

John Thomas Moore, Jr.,

Debtor.

Case No. 23-10084-AMC

Chapter 13

### Order Granting Debtor's Motion to Modify Chapter 13 Plan

**AND NOW**, upon consideration of the Debtor's Motion to Modify Chapter 13 Plan filed as ECF No. 72 (the "Motion"), and after notice and hearing, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.
2. The modified plan filed as ECF No. 71 is **APPROVED**.

Date:

**Date: April 18, 2025**

_____
Honorable Ashely M. Chan
Chief U.S. Bankruptcy Judge