| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
### Chapter 13 Case No. 23-10084-AMC

John Thomas Moore, Jr
1549 66th Ave
Philadelphia  PA    19126-2766

Petition Filed Date: 01/12/2023
341 Hearing Date: 02/17/2023
Confirmation Date: 11/08/2023

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/08/2024 | $600.00 | 29405484551 | 09/05/2024 | $600.00 | 29503817346 | 11/08/2024 | $600.00 | 29648356841 |
| 12/04/2024 | $600.00 | 29648381872 | 01/02/2025 | $600.00 | 29405365525 | 02/05/2025 | $600.00 | 29687222024 |
| 04/09/2025 | $592.43 | | 05/09/2025 | $592.43 | | 06/09/2025 | $592.43 | |
| 07/10/2025 | $592.43 | | | | | | | |

**Total Receipts for the Period:  $5,969.72    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $13,419.15**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CIBIK LAW, PC | Attorney Fees | $4,284.00 | $4,284.00 | $0.00 |
| 1 | MERRICK BANK<br>»» 001 | Unsecured Creditors | $1,521.91 | $0.00 | $1,521.91 |
| 2 | DISCOVER BANK<br>»» 002 | Unsecured Creditors | $2,340.76 | $0.00 | $2,340.76 |
| 3 | LVNV FUNDING LLC<br>»» 003 | Unsecured Creditors | $836.11 | $0.00 | $836.11 |
| 4 | CAPITAL ONE BANK (USA) NA<br>»» 004 | Unsecured Creditors | $2,319.78 | $0.00 | $2,319.78 |
| 5 | CAPITAL ONE AUTO FINANCE<br>»» 005 | Secured Creditors | $7,643.52 | $2,115.02 | $5,528.50 |
| 6 | QUANTUM3 GROUP LLC<br>»» 006 | Unsecured Creditors | $259.43 | $0.00 | $259.43 |
| 7 | WELLS FARGO BANK NA<br>»» 07S | Secured Creditors | $635.63 | $175.88 | $459.75 |
| 8 | WELLS FARGO BANK NA<br>»» 07U | Unsecured Creditors | $159.10 | $0.00 | $159.10 |
| 9 | ONE MAIN FINANCIAL GROUP LLC<br>»» 08S | Secured Creditors | $5,973.42 | $1,652.86 | $4,320.56 |
| 10 | ONE MAIN FINANCIAL GROUP LLC<br>»» 08U | Unsecured Creditors | $3,878.54 | $0.00 | $3,878.54 |
| 12 | TD BANK USA NA<br>»» 010 | Unsecured Creditors | $352.44 | $0.00 | $352.44 |
| 11 | UNITED STATES TREASURY (IRS)<br>»» 009 | Priority Crediors | $2,340.78 | $2,340.78 | $0.00 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 011 | Unsecured Creditors | $1,492.10 | $0.00 | $1,492.10 |
| 14 | FREEDOM MORTGAGE CORPORATION<br>»» 012 | Mortgage Arrears | $5,904.56 | $1,633.83 | $4,270.73 |

| # | Creditor | Class | Claim | Paid | Balance |
|---|---|---|---|---|---|
| 15 | QUANTUM3 GROUP LLC »» 013 | Unsecured Creditors | $2,581.95 | $0.00 | $2,581.95 |
| 16 | QUANTUM3 GROUP LLC »» 014 | Unsecured Creditors | $1,589.79 | $0.00 | $1,589.79 |
| 17 | LVNV FUNDING LLC »» 015 | Unsecured Creditors | $1,140.87 | $0.00 | $1,140.87 |
| 18 | PINNACLE CREDIT SERVICES LLC »» 016 | Unsecured Creditors | $411.04 | $0.00 | $411.04 |
| 19 | LVNV FUNDING LLC »» 017 | Unsecured Creditors | $1,148.77 | $0.00 | $1,148.77 |
| 20 | LVNV FUNDING LLC »» 018 | Unsecured Creditors | $1,033.68 | $0.00 | $1,033.68 |
| 21 | LVNV FUNDING LLC »» 019 | Unsecured Creditors | $467.15 | $0.00 | $467.15 |
| 22 | CITY OF PHILADELPHIA (LD) »» 020 | Secured Creditors | $222.98 | $61.70 | $161.28 |
| 23 | CAPITAL ONE BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 24 | CONTINENTAL FINANCE COMPANY | Priority Crediors | $0.00 | $0.00 | $0.00 |
| 25 | CCS COLLECTIONS | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 26 | GENESIS FINANCIAL | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 27 | MISSION LANE LLC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 28 | NCSPLUS INCORPORATED | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $13,419.15 | Current Monthly Payment: | $592.43 |
| Paid to Claims: | $12,264.07 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,155.08 | Total Plan Base: | $30,007.19 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.