**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)**

| | |
|---|---|
| IN RE: <br> JOHN THOMAS MOORE, JR <br>     Debtor | Case No. 23-10084-amc |
| Freedom Mortgage Corporation, <br><br>     Movant | Chapter 13 |
| vs. <br> JOHN THOMAS MOORE, JR <br>     Respondent | 11 U.S.C. §362 |

<u>**CERTIFICATION OF DEFAULT**</u>

    **BROCK AND SCOTT, PLLC**, attorneys for Movant, hereby certifies that the above-captioned Debtor has failed to comply with the terms of the Stipulation approved by the U.S. Bankruptcy Judge on January 11, 2024.

    In accordance with the terms of said Stipulation agreed to by the parties, the Automatic Stay is hereby lifted as to permit Movant to proceed with their State Court remedies upon Debtor's failure to cure the default.

                */s/Andrew Spivack*
                Andrew Spivack, PA Bar No. 84439
                Mario Hanyon, PA Bar No. 203993
                Jay Jones, PA Bar No. 86657
                Brandon Perloff, PA Bar No. 316979
                Attorney for Creditor
                BROCK & SCOTT, PLLC
                3825 Forrestgate Drive
                Winston Salem, NC 27103
                Telephone: (844) 856-6646
                Facsimile: (704) 369-0760
                E-Mail: PABKR@brockandscott.com

L.B.F. 9014-4

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
*Philadelphia Division*

| | |
|---|---|
| IN RE:<br>JOHN THOMAS MOORE, JR | Case No. 23-10084-amc<br>Chapter 13 |
| Freedom Mortgage Corporation,<br><br>    Movant | |
| vs. | |
| JOHN THOMAS MOORE, JR ,<br>    Debtor | |

## CERTIFICATE OF SERVICE

I, the undersigned, certify that on April 21, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Certification of Default

I certify under penalty of perjury that the above document was sent using the mode of service indicated.

Date: April 21, 2026

/s/Andrew Spivack
Andrew Spivack, PA Bar No. 84439
Mario Hanyon, PA Bar No. 203993
Jay Jones, PA Bar No. 86657
Brandon Perloff, PA Bar No. 316979
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103

Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com

---

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

Michael A Cibik, Debtor's Attorney
1500 Walnut Street
Suite 900
Philadelphia, PA 19102
help@cibiklaw.com
Debtor's Attorney
Via:    ☒ CM/ECF    ☐ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
        ☐ Other:

SCOTT F WATERMAN [Chapter 13],
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606
Bankruptcy Trustee
Via:    ☒ CM/ECF    ☐ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
        ☐ Other:

Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
US Trustee
Via:    ☒ CM/ECF    ☐ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
        ☐ Other:

JOHN THOMAS MOORE, JR
1549 66TH AVE
PHILADELPHIA, PA 19126
Debtor
Via:    ☐ CM/ECF    ☒ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
        ☐ Other: