| Debtor Name: | Moore, John | | | | |
|---|---|---|---|---|---|
| BK Case Number: | 23-10084 | | | | |
| Filing Date: | 01/12/23 | | | | |
| Post First Due: | 02/01/23 | | | Completed Date: | 1/3/2025 |
| Post-Petition Due | Date Received | Amount Received | Amount Applied | Suspense Application | Suspense Balance |
| 02/01/23 | 1/27/2023 | $ 1,350.00 | $ 1,157.82 | $ 192.18 | $ 192.18 |
| 03/01/23 | 3/14/2023 | $ 1,157.82 | $ 1,157.82 | $ - | $ 192.18 |
| 04/01/23 | 5/8/2023 | $ 1,157.82 | $ 1,157.82 | $ - | $ 192.18 |
| 05/01/23 | 6/7/2023 | $ 1,157.82 | $ 1,157.82 | $ - | $ 192.18 |
| 06/01/23 | 8/7/2023 | $ 2,309.00 | $ 1,157.82 | $ 1,151.18 | $ 1,343.36 |
| 07/01/23 | | | $ 1,157.82 | $ (1,157.82) | $ 185.54 |
| 08/01/23 | 9/15/2023 | $ 1,154.00 | $ 1,157.82 | $ (3.82) | $ 181.72 |
| 09/01/23 | 11/15/2023 | $ 1,154.00 | $ 1,157.82 | $ (3.82) | $ 177.90 |
| | 12/22/2023 | $ 1,154.00 | | $ 1,154.00 | $ 1,154.00 |
| 1/1/2024 | 2/7/2024 | $ 1,200.00 | $ 1,290.42 | $ (90.42) | $ 1,063.58 |
| 2/1/2024 | 3/8/2024 | $ 1,200.00 | $ 1,290.42 | $ (90.42) | $ 973.16 |
| 3/1/2024 | 4/15/2024 | $ 1,200.00 | $ 1,290.42 | $ (90.42) | $ 882.74 |
| 4/1/2024 | 5/10/2024 | $ 1,200.00 | $ 1,290.42 | $ (90.42) | $ 792.32 |
| 5/1/2024 | 6/17/2024 | $ 1,200.00 | $ 1,290.42 | $ (90.42) | $ 701.90 |
| 6/1/2024 | 8/14/2024 | $ 1,291.00 | $ 1,290.42 | $ 0.58 | $ 702.48 |
| 7/1/2024 | 9/16/2024 | $ 1,292.00 | $ 1,290.42 | $ 1.58 | $ 704.06 |
| 8/1/2024 | 10/11/2024 | $ 1,879.00 | $ 1,290.42 | $ 588.58 | $ 1,292.64 |
| 9/1/2024 | | | $ 1,290.42 | $ (1,290.42) | $ 2.22 |
| 10/1/2024 | 11/14/2024 | $ 1,291.00 | $ 1,290.42 | $ 0.58 | $ 2.80 |
| 11/1/2024 | 12/10/2024 | $ 1,410.00 | $ 1,290.42 | $ 119.58 | $ 122.38 |
| 12/1/2024 | 1/3/2025 | $ 1,410.00 | $ 1,409.99 | $ 0.01 | $ 122.39 |
| | 1/22/2025 | $ 650.00 | | $ 650.00 | $ 772.39 |
| 1/1/2025 | 2/17/2025 | $ 1,410.00 | $ 1,409.99 | $ 0.01 | $ 772.40 |
| 2/1/2025 | 3/18/2025 | $ 1,410.00 | $ 1,409.99 | $ 0.01 | $ 772.41 |
| 3/1/2025 | 3/18/2025 | $ 650.00 | $ 1,409.99 | $ (759.99) | $ 12.42 |
| 4/1/2025 | 4/8/2025 | $ 1,410.00 | $ 1,409.99 | $ 0.01 | $ 12.43 |
| 5/1/2025 | 5/6/2025 | $ 1,410.00 | $ 1,409.99 | $ 0.01 | $ 12.44 |
| 6/1/2025 | 6/16/2025 | $ 1,410.00 | $ 1,409.99 | $ 0.01 | $ 12.45 |
| 7/1/2025 | 7/14/2025 | $ 1,410.00 | $ 1,409.99 | $ 0.01 | $ 12.46 |
| 8/1/2025 | 9/9/2025 | $ 1,410.00 | $ 1,409.99 | $ 0.01 | $ 12.47 |
| 9/1/2025 | 10/10/2025 | $ 1,410.00 | $ 1,409.99 | $ 0.01 | $ 12.48 |
| 10/1/2025 | 11/13/2025 | $ 1,410.00 | $ 1,409.99 | $ 0.01 | $ 12.49 |
| 11/1/2025 | 12/10/2025 | $ 1,410.00 | $ 1,409.99 | $ 0.01 | $ 12.50 |
| 12/1/2025 | 2/10/2026 | $ 1,661.00 | $ 1,660.60 | $ 0.40 | $ 12.90 |
| 1/1/2026 | 3/10/2026 | $ 1,660.00 | $ 1,660.60 | $ (0.60) | $ 12.30 |
| 2/1/2026 | 4/10/2026 | $ 1,661.00 | $ 1,660.60 | $ 0.40 | $ 12.70 |
| | | | | $ - | $ 12.70 |
| | | | | $ - | $ 12.70 |
| | | | | $ - | $ 12.70 |
| | | | | $ - | $ 12.70 |
| | | | | $ - | $ 12.70 |
| | | | | $ - | $ 12.70 |