UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                              Chapter 13

     John Thomas Moore, Jr

                                                    Bankruptcy No. 23-10084-AMC

               Debtor

## TRUSTEE'S MOTION TO DISMISS PURSUANT TO 11 U.S.C. SECTION 1307

To the Honorable Judges of the United States Bankruptcy Court for the Eastern District of Pennsylvania:

1.     Your Movant is Scott F. Waterman, Esq. the duly qualified and acting Chapter 13 Trustee in the above-captioned case.

2.     The within case was commenced by the filing of a Chapter 13 petition on 01/12/2023.

3.     This Motion to Dismiss has been filed for the following reason(s):

- Debtor(s) has/have failed to comply with provisions of the Plan by not making post-petition mortgage payments.

     WHEREFORE, Scott F. Waterman, Esq., Standing Chapter 13 Trustee,  requests that the Court, after a hearing, enter an Order dismissing this case.

Date: 07/22/2026                                    Respectfully submitted,

                                               */s/ Ann Swartz, Esq.*
                                              Ann Swartz, Esq.
                                              for
                                              Scott F. Waterman, Esq.
                                              Standing Chapter 13 Trusteee
                                              2901 St. Lawrence Avenue, Suite 100
                                              Reading, PA  19606
                                              Telephone: (610) 779-1313