UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                                        Chapter 13

      John Thomas Moore, Jr

                                    Bankruptcy No. 23-10084-AMC

                    Debtor

## CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that true and correct copies of the foregoing *Trustee's Motion to Dismiss Pursuant to 11 U.S.C. Section 1307* and *Notice of Motion, Response Deadline and Hearing Date Pursuant to Local Bankruptcy Rule 9014-3* have been served this 22nd day of July, 2026 by first class mail upon those listed below:

John Thomas Moore, Jr
1549 66th Ave
Philadelphia, PA  19126-2766

**Electronically via ECF/System ONLY:**

CIBIK LAW, PC

Office of the United States Trustee

                                    */s/ Kristen Gliem*
                                    Kristen Gliem
                                    for
                                    Scott F. Waterman, Esq.
                                    Standing Chapter 13 Trustee