United States Bankruptcy Court

Eastern District of Pennsylvania

In re: John Thomas Moore, Jr
Debtor

Case No. 23-10084-amc
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 4
Date Rcvd: Aug 20, 2026 | Form ID: pdf900 | Total Noticed: 59

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 22, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | John Thomas Moore, Jr, 1549 66th Ave, Philadelphia, PA 19126-2766 |
| 15174454 | | Capital One Auto Finance, a division of Capital, One, N.A., c/o AIS Portfolio Services, LLC., PO Box 661381, Dallas,TX 75266-1381 |
| 14750239 | + | Freedom Mortgage Corporation, c/o Matthew K. Fissel, Esquire, Brock and Scott, PLLC, 8757 Red Oak Blvd. Suite 150, Charlotte, NC 28217-3977 |
| 14747886 | + | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14747889 | + | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |
| 14747895 | + | Wells Fargo/Furniture Marketing Group, Attn: Bankruptcy, PO Box 10438 MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 21 2026 02:16:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| cr | + | Email/Text: Bankruptcy@Freedommortgage.com | Aug 21 2026 02:15:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 14747868 | | Email/Text: Atlanticus@ebn.phinsolutions.com | Aug 21 2026 02:15:00 | Aspire Credit Card, Attn: Bankruptcy, PO Box 105555, Atlanta, GA 30348-5555 |
| 14747872 | | Email/Text: megan.harper@phila.gov | Aug 21 2026 02:16:00 | City of Philadelphia Law Department, Municipal Services Building, 1401 John F Kennedy Blvd 5th Floor, Philadelphia, PA 19102-1640 |
| 14771629 | | Email/Text: megan.harper@phila.gov | Aug 21 2026 02:16:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14747874 | | Email/Text: cfcbackoffice@contfinco.com | Aug 21 2026 02:15:00 | Continental Finance Co, 4550 Linden Hill Rd , Ste 4, Wilmington, DE 19808-2952 |
| 14747869 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 21 2026 02:15:05 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14747870 | | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 21 2026 02:15:18 | Capital One Auto Finance, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14749121 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 21 2026 02:15:06 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14749880 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 21 2026 02:15:17 | Capital One Auto Finance, a division of Capital On, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14757352 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 21 2026 02:15:12 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

| | | | | |
|---|---|---|---|---|
| 14757207 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 21 2026 02:15:18 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14757571 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 21 2026 02:15:18 | Capital One N.A. by American InfoSource as agent, PO Box 71083, Charlotte NC 28272-1083 |
| 14747871 | | Email/Text: bankruptcy@philapark.org | Aug 21 2026 02:16:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14747873 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 21 2026 02:15:00 | Comenitycapital/bjsclb, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14747875 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Aug 21 2026 02:16:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 14747876 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 21 2026 02:15:12 | Credit One Bank, Attn: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 14751188 | | Email/Text: mrdiscen@discover.com | Aug 21 2026 02:15:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14747877 | + | Email/Text: mrdiscen@discover.com | Aug 21 2026 02:15:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 14764740 | + | Email/Text: Bankruptcy@Freedommortgage.com | Aug 21 2026 02:15:00 | Freedom Mortgage Corporation, Attn: Bankruptcy Department, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 14747878 | + | Email/Text: Bankruptcy@Freedommortgage.com | Aug 21 2026 02:15:00 | Freedom Mortgage Corporation, Attn: Bankruptcy, 907 Pleasant Valley Ave, Ste 3, Mt Laurel, NJ 08054-1210 |
| 14750419 | + | Email/Text: EBN@brockandscott.com | Aug 21 2026 02:15:00 | Freedom Mortgage Corporation, c/o Brock and Scott, PLLC, 8757 Red Oak Blvd., Suite 150, Charlotte, NC 28217-3977 |
| 14918733 | + | Email/Text: Bankruptcy@Freedommortgage.com | Aug 21 2026 02:15:00 | Freedom Mortgage Corporation, 11988 Exit 5 Parkway, Building 4, Fishers, IN 46037-8022 |
| 14750240 | + | Email/Text: Bankruptcy@Freedommortgage.com | Aug 21 2026 02:15:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 14747880 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Aug 21 2026 02:16:00 | Genesis FS Card Services, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 14747879 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Aug 21 2026 02:16:00 | Genesis Financial, Genesis FS Card Services, PO Box 4477, Beaverton, OR 97076-4401 |
| 14788465 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 21 2026 02:15:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7317, Philadelphia, PA 19101-7317 |
| 14765515 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 21 2026 02:15:06 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14756691 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 21 2026 02:15:12 | LVNV Funding, LLC c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14750562 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 21 2026 02:15:04 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14747883 | | Email/Text: ml-ebn@missionlane.com | Aug 21 2026 02:15:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 14747882 | + | Email/Text: Mercury@ebn.phinsolutions.com | Aug 21 2026 02:15:00 | Mercury/FBT, Attn: Bankruptcy, PO Box 84064, Columbus, GA 31908-4064 |
| 14747884 | | Email/Text: naticred@gmail.com | Aug 21 2026 02:15:00 | NCSPlus Incorporated, 117 E 24th St Fl 5, New York, NY 10010-2937 |
| 14747885 | | Email/PDF: cbp@omf.com | Aug 21 2026 02:15:10 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 14764609 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 21 2026 02:15:06 | Portfolio Recovery Associates, LLC, POB 41067, |

| | | | | |
|---|---|---|---|---|
| | | | | Norfolk VA 23541 |
| 14747887 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 21 2026 02:16:00 | Pennsylvania Department of Revenue, Bankruptcy Division, Po Box 280946, Harrisburg, PA 17128-0946 |
| 14747888 | ^ | MEBN | Aug 21 2026 02:10:09 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14747890 | | Email/Text: bankruptcy@philapark.org | Aug 21 2026 02:16:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 14765925 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 21 2026 02:15:06 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14758048 | | Email/Text: bnc-quantum@quantum3group.com | Aug 21 2026 02:15:00 | Quantum3 Group LLC, PO Box 2489, Kirkland, WA 98083-2489 |
| 14757747 | | Email/Text: bnc-quantum@quantum3group.com | Aug 21 2026 02:15:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14765175 | | Email/Text: bnc-quantum@quantum3group.com | Aug 21 2026 02:15:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14765174 | | Email/Text: bnc-quantum@quantum3group.com | Aug 21 2026 02:15:00 | Quantum3 Group LLC as agent for, Mercury Financial/First Bank & Trust, PO Box 788, Kirkland, WA 98083-0788 |
| 14748251 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 21 2026 02:15:05 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14748096 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 21 2026 02:15:12 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14747891 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 21 2026 02:15:05 | Synchrony Bank/Sams, Attn: Bnakruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14764287 | | Email/Text: bncmail@w-legal.com | Aug 21 2026 02:15:00 | TD Bank USA, N.A., C/O Weinstein and Riley, PS, PO BOX 3978, SEATTLE, WA 98124-3978 |
| 14763974 | + | Email/Text: bncmail@w-legal.com | Aug 21 2026 02:16:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14747892 | + | Email/Text: bncmail@w-legal.com | Aug 21 2026 02:15:00 | Target Nb, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 14747893 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Aug 21 2026 02:16:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14747894 | ^ | MEBN | Aug 21 2026 02:09:50 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 14759255 | + | Email/PDF: ais2.BankruptcynoticesExceptions@aisinfo.com | Aug 21 2026 02:15:12 | Wells Fargo Bank, N.A., PO Box 14487, Des Moines IA 50306-3487 |
| 14759116 | | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Aug 21 2026 02:15:16 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 53

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

| | | |
|---|---|---|
| cr | *+ | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *+ | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *+ | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14749122 | *+ | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14749882 | *+ | Capital One Auto Finance, a division of Capital On, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14750421 | *+ | Freedom Mortgage Corporation, c/o Brock and Scott, PLLC, 8757 Red Oak Blvd., Suite 150, Charlotte, NC 28217-3977 |
| 14750420 | *+ | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 14747881 | * | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 9 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 20, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| MARIO J. HANYON | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| MICHAEL A. CIBIK | on behalf of Debtor John Thomas Moore Jr help@cibiklaw.com, noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| REGINA COHEN | on behalf of Creditor Capital One Auto Finance a division of Capital One, N.A. rcohen@lavin-law.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>John Thomas Moore, Jr<br><br>Debtor | Chapter 13<br><br>Bankruptcy No. 23-10084-AMC |

ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: August 20, 2026**

ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE