Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

John Thomas Moore, Jr
1549 66th Ave
Philadelphia, PA 19126-2766

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 23-10084-AMC**

Petition Filed Date: 01/12/2023
341 Hearing Date: 02/17/2023
Confirmation Date: 11/08/2023

Case Status: Dismissed After Confirmation on 8/20/2026

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/11/2025 | $592.43 | | 09/09/2025 | $592.43 | | 10/13/2025 | $592.43 | |
| 11/10/2025 | $592.43 | | 12/09/2025 | $592.43 | | 01/09/2026 | $592.43 | |
| 02/09/2026 | $592.43 | | 03/09/2026 | $592.43 | | 04/09/2026 | $592.43 | |
| 05/11/2026 | $592.43 | | 06/09/2026 | $592.43 | | 07/09/2026 | $592.43 | |

**Total Receipts for the Period: $7,109.16 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $20,528.31**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CIBIK LAW, PC | Attorney Fees | $4,284.00 | $4,284.00 | $0.00 |
| 1 | MERRICK BANK<br>»» 001 | Unsecured Creditors | $1,521.91 | $0.00 | $1,521.91 |
| 2 | DISCOVER BANK<br>»» 002 | Unsecured Creditors | $2,340.76 | $0.00 | $2,340.76 |
| 3 | LVNV FUNDING LLC<br>»» 003 | Unsecured Creditors | $836.11 | $0.00 | $836.11 |
| 4 | CAPITAL ONE BANK (USA) NA<br>»» 004 | Unsecured Creditors | $2,319.78 | $0.00 | $2,319.78 |
| 5 | CAPITAL ONE AUTO FINANCE<br>»» 005 | Secured Creditors | $7,643.52 | $4,375.80 | $3,267.72 |
| 6 | QUANTUM3 GROUP LLC<br>»» 006 | Unsecured Creditors | $259.43 | $0.00 | $259.43 |
| 7 | WELLS FARGO BANK NA<br>»» 07S | Secured Creditors | $635.63 | $363.88 | $271.75 |
| 8 | WELLS FARGO BANK NA<br>»» 07U | Unsecured Creditors | $159.10 | $0.00 | $159.10 |
| 9 | ONEMAIN FINANCIAL GROUP LLC<br>»» 08S | Secured Creditors | $5,973.42 | $3,419.66 | $2,553.76 |
| 10 | ONEMAIN FINANCIAL GROUP LLC<br>»» 08U | Unsecured Creditors | $3,878.54 | $0.00 | $3,878.54 |
| 12 | TD BANK USA NA<br>»» 010 | Unsecured Creditors | $352.44 | $0.00 | $352.44 |
| 11 | UNITED STATES TREASURY (IRS)<br>»» 009 | Priority Crediors | $2,340.78 | $2,340.78 | $0.00 |

**Chapter 13 Case No. 23-10084-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 13 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 011 | Unsecured Creditors | $1,492.10 | $0.00 | $1,492.10 |
| 14 | FREEDOM MORTGAGE CORPORATION<br>»» 012 | Mortgage Arrears | $5,904.56 | $3,380.26 | $2,524.30 |
| 15 | QUANTUM3 GROUP LLC<br>»» 013 | Unsecured Creditors | $2,581.95 | $0.00 | $2,581.95 |
| 16 | QUANTUM3 GROUP LLC<br>»» 014 | Unsecured Creditors | $1,589.79 | $0.00 | $1,589.79 |
| 17 | LVNV FUNDING LLC<br>»» 015 | Unsecured Creditors | $1,140.87 | $0.00 | $1,140.87 |
| 18 | PINNACLE CREDIT SERVICES LLC<br>»» 016 | Unsecured Creditors | $411.04 | $0.00 | $411.04 |
| 19 | LVNV FUNDING LLC<br>»» 017 | Unsecured Creditors | $1,148.77 | $0.00 | $1,148.77 |
| 20 | LVNV FUNDING LLC<br>»» 018 | Unsecured Creditors | $1,033.68 | $0.00 | $1,033.68 |
| 21 | LVNV FUNDING LLC<br>»» 019 | Unsecured Creditors | $467.15 | $0.00 | $467.15 |
| 22 | CITY OF PHILADELPHIA (LD)<br>»» 020 | Secured Creditors | $222.98 | $115.67 | $107.31 |
| 23 | CAPITAL ONE BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 24 | CONTINENTAL FINANCE COMPANY | Priority Crediors | $0.00 | $0.00 | $0.00 |
| 25 | CCS COLLECTIONS | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 26 | GENESIS FINANCIAL | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 27 | MISSION LANE LLC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 28 | NCSPLUS INCORPORATED | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $20,528.31 | Current Monthly Payment: | $592.43 |
| Paid to Claims: | $18,280.05 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,689.48 | Total Plan Base: | $30,007.19 |
| Funds on Hand: | $558.78 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.